**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**



FEB 2 3 2017

Clerk, U.S. District and Bankruptcy Courts

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JAMES D. HILL )<br>)<br>Defendant. )<br>) | Criminal No. 04-128-08 (RMC) |

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

The Report and Recommendation of Magistrate Judge Deborah A. Robinson [Dkt. 1333] concerning the Probation Petition relating to Defendant James D. Hill [Dkt. 1200] having been filed on January 3, 2017, and no objections having been filed by any party, it is hereby

**ORDERED** that the Report and Recommendation is adopted as the opinion and order of this Court; and it is

**FURTHER ORDERED** that the Defendant James D. Hill's term of supervision be extended by twelve months.

Date: February 22, 2017

ROSEMARY M. COLLYER
United States District Judge